IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

CHARIELL ALI GLAZE *et al.*                                                                PLAINTIFFS
ADC #147919

V.                                    NO: 4:12CV00610 BRW

CONWAY, CITY OF *et al*.                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 1st day of Novmber, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE